Reset Form | Print Form

Revised 12/20/11 (CP)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CRIMINAL DESIGNATION FORM (To be completed by the U.S. Attorney)

FILED
AUG 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

CRIMINAL CATEGORY: 1. ☒ General Criminal Felony
2. ☐ All Misdemeanor, Minor, and Petty Offenses

OFFENSE(S) CHARGED: Title and Section: See Attachment

Description of Offense: See Attachment

Statutory Penalty: See Attachment

1:26 CR 373

JUDGE GAUGHAN

MAG. JUDGE SHEPERD

THE UNITED STATES ATTORNEY CERTIFIES:

☐ This superseding indictment or superseding information supersedes and supplants the entire previously filed indictment or information.

☐ This supplemental information adds a count or counts for a defendant (or defendants) in a previously filed indictment or information.

THE SUPERSEDING INDICTMENT, SUPERSEDING INFORMATION OR SUPPLEMENTAL INFORMATION TO BE DIRECTLY ASSIGNED TO THE SAME JUDGE

Case No: ______ Judicial Officer: ______

This is a related case in that:

☐ This indictment is returned against a defendant(s) who is pending trial or sentencing or is on probation or supervised release (Judge and Case No. below), and this new case involves only the said defendant(s); OR

☐ This criminal prosecution arises out of the same criminal transaction or series of criminal transactions as are charged in

Case No: ______ Judicial Officer: ______

Other Information:

Not Applicable.

(THIS RELATED CASE IS TO BE FILED BY RANDOM DRAW, AFTER WHICH REASSIGNMENT PURSUANT TO LCrR 57.9 MAY BE SOUGHT.)

**PREVIOUSLY FILED CRIMINAL CAUSE, IF ANY (INCLUDING COMPLAINTS)**

**CASE NO.** ______ Judicial Officer: ______

COUNTY THAT CONTROLS AS TO THE LOCATION OF COURT WHERE THIS CASE IS BEING FILED:

COUNTY: Cuyahoga (CHECK ONE) ☐ 1. DEFENDANT'S RESIDENCE ☒ 2. SITUS OF ALLEGED CRIME
☐ 3. OTHER ______

NAME AND ADDRESS OF DEFENDANT(S) AND DEFENSE ATTORNEY(S)

Custody: ☐ State or Local ☐ Federal ☐ Writ Required

Defendant(s):

Name: Prince Anderson

Address: Unknown

City, Zip:

Telephone:

Attorney(s):

Name: Unknown

Address:

City, Zip:

Telephone:

E-Mail:

Assistant US Attorney: Scott C. Zarzycki

Asset/Forfeiture handled by: n/a

Date: 8/19/2026

**Telephone**: 216-622-3971

**U.S. v. Prince Anderson - Designation Sheet Attachment**

Scott C. Zarzycki

| Count | Statute and Offense Description | Statutory Penalties |
|---|---|---|
| 1 | Title 18 U.S.C. § 2119(2): Carjacking | Maximum imprisonment: 25 years<br>Maximum Statutory fine: $250,000<br>Maximum period of supervised release: 5 years<br>Special assessment: $100 |
| 2 | Title 18 U.S.C. § 924(c)(1)(A)(iii) Use of a Firearm during a Crime of Violence | Minimum imprisonment: 10 years<br>Maximum imprisonment: Life<br>Maximum Statutory fine: $250,000<br>Maximum period of supervised release: 5 years<br>Special assessment: $100 |