IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:26CR373 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCE ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | JOURNAL ENTRY |

This matter came on to be heard upon the petition of Scott C. Zarzycki, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Cuyahoga County Corrections Center, Cleveland, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or FBI. The Court, being fully advised in the said matter, finds that the said Prince Andereson, is detained in the Cuyahoga County Corrections Center, Cleveland, Ohio, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to Arraign the defendant on an Indictment charging a violation of Title 18, United States Code, Section(s) 2119(2) and 924(c)(1)(A)(iii), at Cleveland, Ohio, before the Honorable Chief Judge Patricia A. Gaughan on Thursday, September 10, 2026, at 10:00 a.m., and to other court proceedings relating to such Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or FBI.

________________________________
UNITED STATES DISTRICT JUDGE