UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | CASE NO: 1:26-CR-00373 |
| | : | JUDGE PATRICIA A. GAUGHAN |
| v. | : | |
| PRINCE ANDERSON, Defendant. | : | CRIMINAL TRIAL ORDER |

Defendant was arraigned on **9/10/26**. Trial of this matter is scheduled to commence on **11/9/26, at 9:00 a.m.** in Courtroom 19B, United States Courthouse. Final Pretrial is set for **10/29/26, at 9:30 a.m.**

**DISCOVERY**

It is the responsibility of counsel to notify the Court in writing *immediately* of any failure to provide discovery material. All expert witnesses must be disclosed by **10/29/26**.

**MOTIONS**

Pretrial motions, including motions to suppress, shall be filed on or before **10/5/26**. Briefs In Opposition shall be filed **within ten days after any pretrial motion is filed**. **Suppression Hearing will be held on the date of the Final Pretrial**. It is expected that every motion filed will be supported by a substantial foundation and that such foundation will be explicitly stated in the motion.

**TRIAL BRIEFS**

The following must be included in a trial brief which is to be submitted to the Court not later than 4:00 p.m., two working days prior to the final pretrial:

1. Stipulations signed by all counsel and the defendant.

2. A joint set of jury instructions identifying the following:

   a) instructions agreed upon by all counsel with supporting legal authority; and

   b) instructions in dispute with the party proposing the instruction stating supporting reasons and legal authority, and the party objecting to the instructions stating supporting reasons and legal authority.

No proposed jury instruction will be considered by the Court unless it has been submitted in compliance with these provisions, except that request for instructions that could not reasonably have been anticipated may be submitted during trial.

Counsel must file **one** agreed upon set of jury instructions to the Court. The joint set of jury instructions shall also be emailed to the Court at Ashley_Hathaway@ohnd.uscourts.gov.

The Court intends to adhere as closely as possible to pattern criminal jury instructions issued by the Sixth Circuit and the Federal Judicial Center.

3. A list of *voir dire* questions. The Court will conduct initial voir dire of the panel and of individual panel members. The Court will thereafter allow one counsel for each party to question briefly individual panel members on relevant issues not addressed by the Court.

4. Counsel for the parties are directed to submit to the Court appropriate memoranda, with citations to legal authority, in support of evidentiary questions and any other legal issues which may reasonably be anticipated to arise at trial.

5. Counsel for the parties are directed to submit to the Court an estimate of the length of trial.

6. Exhibits shall be marked before trial with exhibit stickers, which are available at the Clerk's office on request. The plaintiff shall mark exhibits with numbers and defendants shall mark exhibits with letters. If there are multiple parties, the parties last name should precede the number or letter (i.e., "Smith-1" or "Green-A"). If the parties have a joint exhibit it shall be marked as "Jt. Ex. 1" or Jt. Ex. 2" etc. If the defendant has more than 26 exhibits, double letters shall be used (i.e., AA, BB, CC, etc).

The Court recommends that counsel place all exhibit sets in three-ring looseleaf binders/notebooks, with appropriately marked divider tabs and a table of contents at the front.

**IT IS SO ORDERED.**

PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

**Date:** 9/10/26